IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-60003-Williams/Hunt

UNITED STATES OF AMERICA

v.

ERNEST BERNARD GONDER JR.,

       Defendant.
_____ /

## OBJECTIONS TO PRE-SENTENCE REPORT

Defendant through counsel respectfully responds to the pre-sentence report as follows: Defendant, ERNEST BERNARD GONDER JR., ("Defendant"), by and through undersigned counsel respectfully responds to the pre-sentence investigation report ("PSR").

1. The Defendant has no objections to the factual and legal conclusions set forth in the Pre-Sentence Report (hereinafter PSR).

2. The Defendant's Motion for a downward Variance which will be filed along with these objections will point out that the defendant is eligible for house arrest and probation (See paragraph 92 and 98 PSR); However, it is the Defendant's request that this Court sentence him to a probationary sentence.

3. In the event the defendant is sentenced to some period of incarceration however, the defense requests the court recommend to the FBOP that the defendant be incarcerated in a Federal Correctional Institution as close as possible to the Southern District of Florida since his entire extended family resides here.

Dated: April 29, 2024.

                                                    Respectfully submitted,

*s/Michael B. Cohen, Esq.*

_____

Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 N. Andrews Ave, #505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0829
michael@mcohenlaw.com
eservice@mcohenlaw.com